UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIGEL FREDERICKS,<br><br>                              Plaintiff,<br><br>              -against-<br><br>JAMES L. COTT; ANALISA TORRES,<br><br>                              Defendants. | 25cv4581 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the June 4, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:  June 5, 2025
          New York, New York

                                                           /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                  Chief United States District Judge